UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

SEP 0 4 2007

~~CLERK~~

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 07-40063 |
| | \* | |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| | \* | |
| ASAEL GARDUNO-TORRES, | \* | |
| a/k/a Edgar Estrada, | \* | |
| a/k/a Asal Torres, | \* | |
| | \* | |
| Defendant. | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pending before the Court is the Defendant's Petition to Enter a Plea of Guilty and Factual Basis Statement. A hearing to take the plea was held before the Magistrate Judge on August 20, 2007, and Judge Simko issued a Report and Recommendation recommending to this Court that the plea be accepted and the Defendant be adjudged guilty as charged in the Indictment with Illegal Re-entry After Deportaion in violation of 8 U.S.C. § 1325(a). After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1.  That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the plea is accepted and the Defendant Asael Garduno-Torres, a/k/a Edgar Estrada, a/k/a Asal Torres, is adjudged guilty.

Dated this 4th day of September, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY